No. 93–9445. JEFFERSON *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–9446. FIELDS *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 93–9447. LITTLE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–9448. HAYNES *v.* HARTMAN ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–9449. PARGO *v.* FIRST REALTY PROPERTY MANAGEMENT, LTD., ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–9450. LUNA *v.* COURT OF APPEALS OF OHIO, HURON COUNTY. Sup. Ct. Ohio. Certiorari denied.

No. 93–9451. CURTIS *v.* BULLDOG LEASING CO., INC., ET AL. Sup. Ct. Fla. Certiorari denied.

No. 93–9452. CRAWFORD *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–9453. BROWN *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 93–9454. SCHUBERT *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 93–9455. SIMS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–9456. ALVAREZ *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–9457. LEWIS *v.* SEIDMAN, CHAIRMAN, BOARD OF DIRECTORS, FEDERAL DEPOSIT INSURANCE CORPORATION, ET AL. C. A. 9th Cir. Certiorari denied.